UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Robert DeSanto, | : |
| | : |
| | : Civil Action No.: 3:11-cv-04300-FLW -TJB |
| Plaintiff, | : |
| v. | : |
| | : |
| Cardworks Servicing, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |
| | : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)

Robert DeSanto ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 12, 2011

                                                               Respectfully submitted,

                                                               By: /s/ Sofia Balile

                                                               Sofia Balile, Esq.
                                                               Lemberg & Associates LLC
                                                               1100 Summer Street
                                                               Stamford, CT 06905
                                                               Phone: (917) 981-0849
                                                               Facsimile:  (203) 653-3424
                                                               Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Sofia Balile

                                              Sofia Balile