RECEIVED

SEP 14 2011

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Robert DeSanto, | : |
| Plaintiff, | : Civil Action No.: 3:11-cv-04300-FLW -TJB |
| v. | : |
| Cardworks Servicing, LLC; and DOES 1-10, inclusive, | : |
| Defendant. | : |

RECEIVED

SEP 15 2011

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)**

Robert DeSanto ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 12, 2011

Respectfully submitted,

By: /s/ Sofia Balile

Sofia Balile, Esq.
Lemberg & Associates LLC
1100 Summer Street
Stamford, CT 06905
Phone: (917) 981-0849
Facsimile: (203) 653-3424
Attorneys for Plaintiffs

IT IS SO ORDERED:

_____
9/14/11